# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2303
_____

BILLY LEE BOONE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

October 5, 2018


PER CURIAM.

AFFIRMED.

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Billy Lee Boone, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.